No. 388. BOLLINGER ET VIR *v.* GOTHAM GARAGE CO. October 14, 1946. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *William C. Morris* for petitioners. *Walter X. Connor* for respondent.

No. 394. TRUST COMPANY OF CHICAGO, ADMINISTRATOR, ET AL. *v.* CHICAGO ET AL. October 14, 1946. Petition for writ of certiorari to the Appellate Court, First District, of Illinois, denied. *Weightstill Woods* and *Horace Russell* for petitioners. *Barnet Hodes* and *J. Herzl Segal* for respondents.

No. 399. WRIGHT ET AL. *v.* MITCHELL. October 14, 1946. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *William N. McQueen,* Attorney General of Alabama, and *Richard T. Rives* for petitioners. *Thurgood Marshall* and *Arthur D. Shores* for respondent.

No. 401. BROOKLYN NATIONAL CORP. *v.* COMMISSIONER OF INTERNAL REVENUE. October 14, 1946. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Meyer Kraushaar* for petitioner. *Solicitor General McGrath, Assistant Attorney General McGregor, Sewall Key, Robert N. Anderson* and *Maryhelen Wigle* for respondent.

No. 402. LEDFORD ET AL. *v.* UNITED STATES. October 14, 1946. Petition for writ of certiorari to the Circuit